IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICKOLAS STOLZER,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHNSON CONTROLS, INC., a Wisconsin corporation;<br><br>            Defendant. | 8:14CV186<br><br>**ORDER** |

The parties are currently engaged is settlement discussions.

Accordingly,

IT IS ORDERED:

1)      The parties' joint request to continue the Rule 26(f) Report deadline is granted.

2)      On or before October 10, 2014, the parties shall either file a joint stipulation for dismissal of this case, or their Rule 26(f) Report for setting a progression schedule to trial.

September 15, 2014.

                                                                BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge